IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS )<br>CHINESE-MANUFACTURED FLOORING )<br>PRODUCTS MARKETING, SALES )<br>PRACTICES AND PRODUCTS LIABILITY )<br>LITIGATION )<br>_____ ) | MDL No. 1:15md2627 (AJT/TRJ) |

This Document Relates to ALL Cases

## PRETRIAL ORDER #6
Regarding Deadlines for Amended Representative Complaint,
Joint Discovery Plan, Settlement Issues, and
Dismissal of Certain Entities; Modifying Pretrial Order #1C

On September 16, 2015, the Court held the Status Conference scheduled in its August 5, 2015 Pretrial Order #2 [Doc. No. 457], at which Plaintiffs' Co-Lead Counsel made an oral motion for leave to file an amended representative complaint (the "Motion"), and the Court modified in certain respects its Pretrial Order #1C, considered certain procedural matters pertaining to service and affiliated Lumber Liquidator entity defendants, and otherwise directed counsel. Wherefore, it is hereby

ORDERED that Defendants' oral motion for leave to file an Amended Representative Complaint be, and the same hereby is, GRANTED and any Amended Representative Complaint shall be filed on or before **September 18, 2015**, with all filings dates established with respect to the Representative Complaint in Pretrial Order #5 [Doc. No. 527] extended for a period of one (1) week for the purposes of responding to the Amended Representative Complaint; and it is further

ORDERED that on or before **September 30, 2015**, Lead Counsel shall jointly file a proposed discovery plan that sets forth the discovery matters on which the parties have agreed

and the parties' respective positions as to any discovery matters on which the parties have not been able to agree. Defendants' Co-Lead Counsel shall take the lead in preparing and filing the proposed discovery plan, in consultation with Plaintiffs' Co-Lead Counsel; and Pretrial Order #1C [Doc. No. 546] is hereby MODIFIED to that extent; and it is further

ORDERED that any objections to Lead Counsel's proposed joint discovery plan by any plaintiff should be filed as soon as possible after the filing of the joint discovery plan, but in no event later than noon on **October 4, 2015**, with a copy by e-mail to Judge Jones; and the Pretrial Order #1C [Doc. No. 546], is hereby MODIFIED to that extent; and it is further

ORDERED that by **October 2, 2015**, Lead Counsel shall separately provide the Court with an *ex parte* letter concerning their current views on settlement, as outlined by the Court, without a copy to opposing counsel or being filed on CM/ECF; and it is further

ORDERED that all Lumber Liquidators defendant entities, not previously served, are deemed served as of the date of this Order, without prejudice in any respect to any defenses or positions they may assert, including personal jurisdiction; and it is further

ORDERED that any plaintiff who objects to the dismissal without prejudice of any Lumber Liquidators defendant entity, other than Defendant Lumber Liquidators, Inc., shall file on or before **October 2, 2015**, a written objection to such dismissal, together with the reasons for such objection, which shall include, at a minimum, the factual basis upon which one or more of those defendants should remain in the case.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 17, 2015